UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Fredy Amaya, et al.,

                Plaintiffs,

-v-

Centennial Insurance Company., et al.,

                Defendants.

---------------------------------------------------------------X

ORDER OF DISCONTINUANCE

04CV2686(SLT)(SMG)

TOWNES, U.S.D.J.

    IT APPEARING that it has been reported to the Court that the above captioned action has been settled,

    IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated.

    SO ORDERED.

/s/ SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       March 21, 2006